# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0233
LT Case No. 45-2024-CA-111

_____

CAM BRADFORD HOMES, LLC

    Appellant,

    v.

JAMES JOSEPH MANNEY and
KATHLEEN MANNEY,

    Appellees.

_____

On appeal from the Circuit Court for Nassau County.
Marianne L. Aho, Judge.

Alexander B. Cvercko, of Cvercko & Associates, P.A.,
Jacksonville, for Appellant.

Christopher M. Cobb and Ruby Jo C. Smith, of Cobb & Gonzalez,
P.A., Jacksonville, for Appellees.

October 7, 2025

PER CURIAM.

    AFFIRMED. *See Cam Bradford Homes, LLC v. Arrants*, 415 So.
3d 266 (Fla. 5th DCA 2025); Art. V, § 21, Fla. Const.

JAY, C.J., and MAKAR and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____